ORDER
Appellant filed a petition for rehearing and rehearing en banc.
The panel voted to deny the petition for rehearing. Accordingly, the petition for rehearing is denied.
A member of the Court requested a poll on the petition for rehearing en banc. Chief Judge Williams and Judges Wilkin *340 son, Niemeyer, Traxler, King, Shedd, Duncan, and Agee voted to deny rehearing en banc. Judges Michael, Motz, and Gregory voted to grant rehearing en banc.
Because the poll on rehearing en banc failed to produce a majority of judges in active service in favor of rehearing en banc, the petition for rehearing en banc is denied.
Judge Motz wrote an opinion dissenting from the denial of rehearing en banc.
OPINION